UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN GOBERT, et al.,<br><br>Defendants. | No.  2:21-cv-02373-DAD-AC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 2, 7) |

Plaintiff Raymond Alford Bradford is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 10, 2023, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's application to proceed *in forma pauperis* (Doc. No. 2) be denied because:  (1) he is subject to the three strikes bar under 28 U.S.C. § 1915(g); and (2) the allegations of plaintiff's complaint do not satisfy the "imminent danger of serious physical injury" exception to § 1915(g).  (Doc. No. 7) (citing *Andrews v. Cervantes*, 493 F.3d 1047, 1051−55 (9th Cir. 2007)).  The magistrate judge also recommended that plaintiff be ordered to pay the required $402.00 filing fee in full in order to proceed with this action.  (*Id*. at 6.)  The findings and recommendations were served on plaintiff and contained notice that any objections thereto were

/////

1

to be filed within fourteen (14) days after service.  (*Id*.)  To date, no objections to those findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the undersigned has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the undersigned concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on August 10, 2023 (Doc. No. 7) are adopted;
2. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is denied;
3. Within fourteen (14) days from the date of service of this order, plaintiff shall pay the $402.00 filing fee in full in order to proceed with this action;
4. Plaintiff is forewarned that failure to pay the filing fee within the specified time will result in the dismissal of this action;
5. To the extent that plaintiff's complaint might be construed as presenting a motion for a temporary restraining order, motion for a preliminary injunction, and a motion for an "ad litem guardianship appointment of counsel," (Doc. No. 1 at 1, 7–8), those motions are denied without prejudice as premature because plaintiff has not yet paid the required filing fee to proceed with this action; and
6. This matter is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:  **September 12, 2023**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE